PER CURIAM.

(No. 75-CC-632—

WOLFE, ROSENBERG & ASSOC., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION & EDUCATION, Respondent.

*Opinion filed March 13, 1975.*

WOLFE, ROSENBERG & ASSOC., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.